**2014–0927. Dayton–Point W. Real Estate Assocs., L.L.C. v. Montgomery Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2011–4472 and 2011–4478. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellant's motion for continuance of oral argument scheduled for Tuesday, April 7, 2015, it is ordered by the court that the motion is granted.

**2014–1555. In re Application of Libretti.**
This cause is pending before the court upon the final report of the Board of Commissioners on Character and Fitness.

Upon consideration of the joint motion of applicant and amicus curiae John T. Martin to allow John T. Martin to participate in oral argument scheduled for Wednesday, February 25, 2015, it is ordered by the court that the motion is granted. Amicus curiae John T. Martin shall share the time allotted to applicant.

**2014–1646. Natl. Retail Properties, L.P. v. Montgomery Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–6392. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand the appeal to the Board of Tax Appeals, it is ordered by the court that the cause is remanded to the Board of Tax Appeals to take further action as appropriate.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2009–2336. Disciplinary Counsel v. Kraemer.**
On December 1, 2014, respondent, Bradley M. Kraemer, filed an application for termination of probation. Upon consideration thereof, the court finds that respondent has substantially complied with Gov.Bar R. V(21)(D) and with its order dated September 2, 2010, in which the court reinstated respondent to the practice of law upon the conditions that he continue to participate in mental-health counseling and complete a two-year period of probation monitored by relator.

On consideration thereof, it is ordered by this court that the probation of respondent, Bradley M. Kraemer, Attorney Registration No. 0070329, last known business address in West Chester, Ohio, is terminated.

It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).